## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEFFERY COWGILL,
ADC #145476                                                                                               PLAINTIFFS

v.                                          5:12-cv-00112-JMM-JTK

RAY HOBBS, et al.                                                                                         DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Count IV (grievance procedure) of Plaintiff's Complaint is DISMISSED for failure to state a claim.

IT IS SO ORDERED this 1 day of May, 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE