## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEFFERY COWGILL,
ADC #145476                                                                                        PLAINTIFF

v.                                      5:12-cv-00112-JMM-JTK

RAY HOBBS, et al.                                                                              DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review of the record, the Court adopts them in their entirety with the exception of the recommendations as to Plaintiff's *respondeat superior* claims brought pursuant to the Arkansas Civil Rights Act. Although Defendants failed to argue this point initially, the Court finds that the *respondeat superior* claims brought pursuant to the ACRA against Hobbs, Kelley, Lay and Griffin must be dismissed because these claims are not a basis for liability under the ACRA. *See Jones v. Huckabee*, 250 S.W.3d 241 (Ark. 2007). Accordingly,

IT IS, THEREFORE, ORDERED that:

1) Defendants' Motion for Judgment on the Pleadings (Doc. No. 24) is GRANTED in part, with respect to Plaintiff's monetary claims against them in their official capacities;

2) Defendants' Motion for Judgment on the Pleadings (Doc. No. 24) is GRANTED in part, with respect to the § 1983 allegations against Defendants Hobbs, Kelley, Lay, and Griffin;

3) Defendants' Motion for Judgment on the Pleadings (Doc. No. 24) is GRANTED in part, with respect to Plaintiff's retaliation allegations;

4) Defendants' Motion for Judgment on the Pleadings (Doc. No. 24) is GRANTED in part, with respect to Plaintiff's *respondeat superior* claims against Hobbs, Kelley, Lay and Griffin brought pursuant to the Arkansas Civil Rights Act;

5) Defendants' Motion for Judgment on the Pleadings (Doc. No. 24) is DENIED, with respect to Plaintiff's Eighth Amendment claims against Defendants Warner, Holthoff, and Moncrief;

6) Defendants' Motion for Judgment on the Pleadings (Doc. No. 24) is DENIED, with respect to their request to sever claims.

IT IS SO ORDERED this 24th day of September, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE