**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JEFFERY COWGILL,                                                                                          PLAINTIFF
ADC #145476

v.                                             5:12CV00112-JMM-JTK

RAY HOBBS, et al.                                                                                       DEFENDANTS

**ORDER**

Pending is Plaintiff's Motion to Compel in which he asks the Court to order his former attorney to return to him grievances pertaining to the retaliation and sexual assault that were filed against Deputy Warden Lowe and Sgt. Bob Love. (ECF No. 83). Because these documents do not appear to be "relevant" or "reasonably calculated to lead to the discovery of admissible evidence" in this case, Plaintiff's Motion to Compel is DENIED. *See* Fed. R.Civ. P. 26(b)(1).

The Court has also received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      Defendants' Motions for Summary Judgment (ECF Nos. 61, 64) are GRANTED.

2.      Plaintiff's § 1983 claims against Defendants Holthoff, Thurman, Austin, and Corizon, Inc., are DISMISSED without prejudice, for failure to exhaust his administrative remedies.

3.      Plaintiff's § 1983 mental health claims against Defendant Warren are DISMISSED without prejudice, for failure to exhaust his administrative remedies.

4.      Plaintiff's § 1983 claims against Defendants Green, Moncrief, Tate, Warner, and Warren, are DISMISSED with prejudice.

5.      Plaintiff's state civil rights claims are DISMISSED without prejudice.

1

6．．．．．．．．Plaintiff's claims against "John/Jane Does" are DISMISSED without prejudice.

7．．．．．．．．Plaintiff's Motion to Compel (ECF No. 83) is DENIED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 10th day of September, 2013.

                                                                                                                                                       */s/ James M. Moody*
                                                                                                                                                      JAMES M. MOODY
                                                                                                                                                      UNITED STATES DISTRICT JUDGE